[No. 46776-3-II.   Division Two.   April 5, 2016.]

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. RICHARD D. SEVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-09348-6, Stephanie A. Arend, J., entered September 12, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson and Lee, JJ.

[No. 46782-8-II.   Division Two.   April 5, 2016.]

AHSSON SPRY ET AL., *Appellants*, v. PENINSULA SCHOOL DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-13441-7, William C. Houser, J., entered September 15, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Sutton, J.

[No. 46904-9-II.   Division Two.   April 5, 2016.]

*In the Matter of the Marriage of* EDWARD JOHN LANGE, JR., *Respondent*, and TAMMY RENEE LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-3-01238-9, Anna M. Laurie, J., entered October 29, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.

[No. 47037-3-II.   Division Two.   April 5, 2016.]

*In the Matter of the Parenting and Support of* K.J.W.

GLENDA RAE TOMES, *Respondent*, v. DONALD RANDY WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-3-00305-1, James W. Lawler, J., entered December 5, 2014. *Affirmed* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.